# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Luis De La Torre,<br><br>Plaintiff<br><br>v.<br><br>Mark LNU, et al.,<br><br>Defendants | Case No.: 2:21-cv-02047-JAD-VCF<br><br>**Order Dismissing Case based<br>on Plaintiff's Own Motion**<br><br>[ECF Nos. 1, 10] |

Good cause appearing, IT IS HEREBY ORDERED that the Plaintiff's Motion to Dismiss this case without prejudice **[ECF No. 10] is GRANTED**, so the Application to Proceed in District Court without Prepaying Fees or Costs **[ECF No. 1] is DENIED as moot.** The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 11, 2022